**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

BOBBY WILCHER                                                                       PETITIONER

V.                                                                    CIVIL ACTION NO. 3:98-CV-236WS

CHRISTOPHER B. EPPS, COMMISSIONER,
MISSISSIPPI DEPARTMENT OF CORRECTIONS                    RESPONDENT

**ORDER TERMINATING CASE**

This court entered an order [docket # 56] on June 14, 2006, granting Bobby Wilcher's motion to drop all remaining appeals [docket # 53].  On October 18, 2006, Bobby Wilcher, previously a death-row inmate at the Mississippi State Penitentiary at Parchman, Mississippi, was executed by lethal injection.  Therefore, Wilcher's Petition For Habeas Corpus is now terminated.

SO ORDERED, this the 26th day of October, 2006.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE